IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTINE REYNOLDS, as parent and natural guardian for M.M., a minor; CHRISTINE REYNOLDS, in her own right,<br><br>      Plaintiffs,<br><br>  v.<br><br>PBG ENTERPRISES, LLC; PERRY GALLESE; DELAWARE COUNTY HOUSING AUTHORITY,<br>      Defendants. | Civil Action<br>No. 10-4373 |

## **ORDER**

**AND NOW**, this 6th day of July, 2011, upon consideration of defendant Delaware County Housing Authority's motion to dismiss, plaintiffs' opposition, defendant's reply, and plaintiffs' surreply (Docket Nos. 13, 17, 18, 23), and for the reasons set forth in the accompanying opinion, it is **ORDERED** that defendant Delaware County Housing Authority's motion to dismiss the amended complaint is **GRANTED**.

              BY THE COURT:

              /s/ Louis H. Pollak
              Pollak, J.